UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21022-JLK

RENZO BARBERI,

      Plaintiff,

      vs.

COVEN FINANCIAL CORP., a Florida Profit Corporation, d/b/a JERRY AND JOES PIZZA, and EUREKA PLAZA, LLC, a Florida Limited Liability Company

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RENZO BARBERI, and Defendants, COVEN FINANCIAL CORP. d/b/a JERRY AND JOES PIZZA and EUREKA PLAZA, LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the parties' Settlement Agreement. All parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: S/Ronald E. Stern
Ronald E. Stern, Esq.
Fla. Bar. No. 10089

THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI

By: S/ Jeffrey C. Roth
Jeffrey C. Roth,  Esq.
Fla. Bar No. 331562
ROTH & SCHOLL
866 South Dixie Highway
Coral Gables, Florida 33146
Telephone: 305-662-4141
Facsimile: 305-662-3816
Primary Email: jeff@rothandscholl.com
Secondary Email: christine@rothandscholl.com
Secondary Email: gail@rothandscholl.com
Attorney for Defendants,  COVEN FINANCIAL CORP. d/b/a JERRY AND JOES PIZZA and EUREKA PLAZA, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21022-JLK

RENZO BARBERI,

       Plaintiff,

       vs.

COVEN FINANCIAL CORP., a Florida Profit Corporation, d/b/a JERRY AND JOES PIZZA, and EUREKA PLAZA, LLC, a Florida Limited Liability Company

       Defendants.
_____/

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 25th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              By: S/Ronald E. Stern
                                              Ronald E. Stern, Esq.
                                              Florida Bar No. 10089
                                              THE ADVOCACY LAW FIRM, P.A.
                                              1250 E. Hallandale Beach Blvd.
                                              Suite 503
                                              Hallandale Beach, Florida 33009
                                              Telephone:   (954) 639-7016
                                              Facsimile:    (954) 639-7198
                                              Attorney for Plaintiff, RENZO BARBERI

## **SERVICE LIST:**

RENZO BARBERI, Plaintiff, vs. COVEN FINANCIAL CORP., a Florida Profit Corporation, d/b/a JERRY AND JOES PIZZA, and EUREKA PLAZA, LLC, a Florida Limited Liability Company, Defendants

United States District Court Southern District Of Florida

CASE NO. 1:17-cv-21022-JLK

Jeffrey C. Roth, Esq.
Fla. Bar No. 331562
ROTH & SCHOLL
866 South Dixie Highway
Coral Gables, Florida 33146
Telephone: 305-662-4141
Facsimile: 305-662-3816
Primary Email: jeff@rothandscholl.com
Secondary Email: christine@rothandscholl.com
Secondary Email: gail@rothandscholl.com
Attorney for Defendants, COVEN FINANCIAL CORP. d/b/a JERRY AND JOES PIZZA and EUREKA PLAZA, LLC

**VIA CM/ECF**