UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21022-JLK

RENZO BARBERI,

    Plaintiff,

vs.

COVEN FINANCIAL CORP., a Florida Profit Corporation, d/b/a JERRY AND JOES PIZZA, and EUREKA PLAZA, LLC, a Florida Limited Liability Company

    Defendants.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that this action is dismissed with prejudice. All parties shall bear their own attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 30th day of May, 2017.

_____
HON. JUDGE JAMES L. KING
UNITED STATES DISTRICT COURT JUDGE

Copies to:
All parties of record